ARTURO T. MANRARA et al., Appellants, v. SARA W. MURPHY, Respondent, et al., Defendants.— Appeal by plaintiffs from an order granting a motion of

defendant Murphy under rule 107 of the Rules of Civil Practice to dismiss the complaint on the ground that all four causes of action therein are barred by statutes of limitation, and from a judgment entered pursuant thereto. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.